UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -against-

MIGUEL AGUIRRE-MIRON,

    Defendant.

**ORDER**

20 Cr. 212 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    It is hereby ORDERED that the sentencing of the Defendant will take place on **July 8, 2020 at 4:00 p.m.**  Any submissions on behalf of the Defendant are due on **June 17, 2020**, and any submission by the Government is due on **June 24, 2020**.

    It is further ORDERED that the Probation Department prepare a presentence investigation report for the Defendant.

Dated: New York, New York
       May 15, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge