UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

MIGUEL AGUIRRE-MIRON,

Defendant.

**ORDER**

20 Cr. 212 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the status conference in this action scheduled for June 15, 2020, is adjourned sine die.

Dated: New York, New York
June 4, 2020

SO ORDERED.

*[signature]*

Paul G. Gardephe
United States District Judge