UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------ x
                                       :

UNITED STATES OF AMERICA     :

                                       :        ▌ **ORDER**

            - v. -                    :

                                       :        20 Cr. 212 (PGG)

MIGUEL AGUIRRE-MIRON,      :

                                       :

                 Defendant.        :

------------------------------ x

WHEREAS, with the defendant's consent, his guilty plea allocution was made before a United States Magistrate Judge on May 11, 2020;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

Dated:     New York, New York
            July 13, 2020           SO ORDERED.

                                                    _____
                                                    THE HONORABLE PAUL G. GARDEPHE
                                                    UNITED STATES DISTRICT JUDGE
                                                    SOUTHERN DISTRICT OF NEW YORK