UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

    -against-

MIGUEL AGUIRRE-MIRON,

                Defendant.

**ORDER**

20 CR. 212 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        It is hereby ORDERED that sentencing of Defendant Aguirre-Miron, set for July 22, 2020 at 12:00 p.m., will now take place on **August 7, 2020 at 12:00 p.m.**  The parties are directed to dial (888) 363-4749 and to use access code 6212642.  The press and public may obtain access to the telephone conference by dialing the same number and using the same access code.

Dated: New York, New York
      July 27, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge